# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

## MEMORANDUM

| | | |
|---|---|---|
| **DATE:** | September 13, 2006 | |
| **TO:** | Honorable Jack Weinstein<br>Senior United States District Judge | |
| **RE:** | **Nouira, Abdellatif**<br>**Docket No.: 06 CR 135-01** | |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

### Request for Modification of Release Conditions

The above-referenced defendant was released by Magistrate Roanne L. Mann on April 13, 2006 on a $2,000,000 collateral bond with the following release conditions: surrender passport and do not re-apply, subject to random home/employment visits, must reside at 30-34 70th Street, East Elmhurst, New York 11070, subject to home detention with electronic monitoring with time out for court appearances, attorney visits, and medical emergencies, and must pay the cost of electronic monitoring. The defendant was remanded into marshals custody on August 16, 2006.

As noted above, the defendant was instructed to pay the cost of electronic monitoring. However, he was remanded with an outstanding balance of $254.28. We are now requesting that the Court order Pretrial Services to pay the cost of monitoring. Should the Court find this request appropriate, an Order has been prepared for your convenience. Should Your Honor have any questions or concerns, please do not hesitate to contact Officer Michael Ilaria at (718) 797-7308.

Prepared by: _/s/ Michael Ilaria_  
Michael Ilaria  
U.S. Pretrial Services Officer

Approved by: _/s/ Daisy Toscano_  
Daisy Toscano  
Supervising Pretrial Services Officer

Attachment



RE: Nouira, Abdellatif
Docket No.: 06 CR 135-01

IT IS THE ORDER OF THE COURT THAT:

☒ Pretrial Services pay the outstanding electronic monitoring balance of $254.28

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____
_____
_____

SO ORDERED,

_____          9/13/06
Honorable Jack Weinstein              Date
Senior U.S. District Judge